**SAGARIA LAW, P.C.**
Elliot Wayne Gale
egale@sagarialaw.com
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408-279-2288
Facsimile: 408-279-2299
*Attorneys for Plaintiff*

**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
*COMENITY BANK erroneously*
*sued as COMENITY, LLC*

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 11/25/2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LYNN MCBRIDE,<br><br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, ET AL,<br><br>            Defendants. | Case No. 3:15-cv-04587-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff LYNN MCBRIDE ("Plaintiff") and Defendant COMENITY BANK erroneously sued as COMENITY, LLC ("Defendant"), and through their respective counsel, hereby stipulate as follows:

{McBride Stip to Extend Time;1}

WHEREAS, the Complaint which is the subject of this action was removed to the Federal Court on October 5, 2015;

WHEREAS, the parties agree to extend the deadline for Defendant to respond to Plaintiff's Initial Complaint to December 4, 2015;

WHEREAS, the parties hereby stipulate as follows:

That Defendant shall have an extension of time up to an including December 4, 2015 within which to respond to Plaintiff's Complaint.  This request does not exceed 30 days from the date the original response was due.

**IT IS SO STIPULATED.**

                                                          **SAGARIA LAW, P.C.**

Dated:  November 17, 2015          s/Elliot Wayne Gale
                                                         Elliot Wayne Gale
                                                         *Attorneys for Plaintiff,*
                                                         *LYNN MCBRIDE*

                                                         **CARLSON & MESSER LLP**

Dated:  November 17, 2015          s/David J. Kaminski
                                                         David J. Kaminski
                                                         *Attorneys for Defendant,*
                                                         COMENITY BANK *erroneously sued as*
                                                         COMENITY, LLC

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Elliot Gale, am the ECF user whose identification and password are being used to file the Stipulation to Extend Time to Respond to Complaint. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Extend Time to Respond to Complaint provided their authority and concurrence to file that document.

Dated:  November 17, 2015                           s/Elliot Gale
                                                    Elliot Gale