|   |   |
|---|---|
| LYNN MCBRIDE,<br><br>     Plaintiff,<br><br>vs.<br><br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; COMENITY, LLC; and DOES 1 through 100 INCLUSIVE,<br><br>     Defendants. | CASE NO. 5:15-cv-04587- EJD<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendant Comenity LLC. Each party shall bear its own costs and expenses.

DATED: 12/22/2015                    _____
                                      UNITED STATES DISTRICT JUDGE