SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LYNN MCBRIDE,<br><br>                   Plaintiff,<br><br>       v.<br><br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; et. al.,<br><br><br><br>                   Defendants. | Case No.: 5:15-CV-04587-EJD<br><br>STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Lynn McBride and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 1

DATED: May 31, 2016          Sagaria Law, P.C.

                             By: _____/s/ Elliot W. Gale_____
                                        Elliot W. Gale
                             Attorneys for Plaintiff
                             Lynn McBride

DATED: May 31, 2016          Jones Day


                             By: _____/s/ Katherine A. Neben_____
                                        Katherine A. Neben
                             Attorneys for Defendant
                             Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.

The Clerk shall close this file.

DATED: 6/2/2016                          _____
                                         Edward J. Davila
                                         UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 2